1  ADRIENNE C. PUBLICOVER (SBN 161432)
   email: adrienne.publicover@wilsonelser.com
2  SHILPA G. DOSHI (SBN 253024)
   email: shilpa.doshi@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
   525 Market Street – 17th Floor
4  San Francisco, California 94105-2725
   Telephone:  (415) 433-0990
5  Facsimile:   (415) 434-1370

6  Attorneys for Defendant
   **LIFE INSURANCE COMPANY OF NORTH AMERICA**
7

8  SCOTT E. SHAFFMAN (SBN 90276)
   Attorney at Law
9  Email: sshaffman@aol.com
   98 Del Monte Avenue
10 Suite 200
   Monterey, California 93940
11 Telephone:  (831) 333-0321

12 Attorney for Plaintiff
   **SHELLIE ALBRIGHT**
13

14                UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 SHELLIE ALBRIGHT                    | **Case No.:  CV 13-0212 JSW**

18         Plaintiff,                   | **STIPULATION AND [PROPOSED]**
                                        | **ORDER FOR VOLUNTARY**
19      v.                              | **DISMISSAL OF ENTIRE ACTION**
                                        | **WITH PREJUDICE**
20 LIFE INSURANCE COMPANY OF
   NORTH AMERICA,
21
           Defendant.
22

                                1
28 STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
                                                                    **CV 13-0212 JSW**
   1067856.1

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff SHELLIE ALBRIGHT and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: September 4, 2013   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Shilpa G. Doshi
ADRIENNE C. PUBLICOVER
SHILPA G. DOSHI
Attorneys for Defendant
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

Dated: September 4, 2013   SCOTT E. SHAFFMAN

By: /s/ Scott E. Shaffman
SCOTT E. SHAFFMAN
Attorney for Plaintiff
**SHELLIE ALBRIGHT**

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the action is hereby dismissed with prejudice.

Dated: September 23, 2013

*Jeffrey S. White*
Honorable Jeffrey S. White
U.S. District Court Judge

2

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CV 13-0212 JSW

1067856.1