ADRIENNE C. PUBLICOVER (SBN 161432)
email: adrienne.publicover@wilsonelser.com
SHILPA G. DOSHI (SBN 253024)
email: shilpa.doshi@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

SCOTT E. SHAFFMAN (SBN 90276)
Attorney at Law
Email: sshaffman@aol.com
98 Del Monte Avenue
Suite 200
Monterey, California 93940
Telephone: (831) 333-0321

Attorney for Plaintiff
**SHELLIE ALBRIGHT**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLIE ALBRIGHT<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | **Case No.:** CV 13-0212 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff SHELLIE ALBRIGHT and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: September 4, 2013  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Shilpa G. Doshi
ADRIENNE C. PUBLICOVER
SHILPA G. DOSHI
Attorneys for Defendant
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

Dated: September 4, 2013  SCOTT E. SHAFFMAN

By: /s/ Scott E. Shaffman
SCOTT E. SHAFFMAN
Attorney for Plaintiff
**SHELLIE ALBRIGHT**

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the action is hereby dismissed with prejudice.

Dated: September 23, 2013

Honorable Jeffrey S. White
U.S. District Court Judge

2
STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CV 13-0212 JSW
1067856.1